IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| TRACEY ANNE RICHTER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SHERYL DAHM,<br><br>　　　　Defendant(s). | CASE NO. C18-4017-LTS<br><br>ORDER ESTABLISHING<br>BRIEFING SCHEDULE |

The Court establishes the following briefing schedule for submission of this case on the merits:

1. The Petitioner will have to and including September 27, 2018, to file briefs and arguments herein on the merits.

**2.** The Respondent will have to and including November 26, 2018, to file arguments herein on the merits. The Respondent must submit with its brief an Appendix consisting of all decisions rendered by State courts (district courts, Iowa Court of Appeals and Iowa Supreme Court) in the underlying action, including without limitation: (a) all decisions that in any way relate to or deal with any issue raised in this case by the Petitioner; (b) rulings on pretrial and post-trial motions (as relevant to the claims raised by the Petitioner); and (c) rulings by any court in any postconviction relief action filed by the Petitioner. **The Appendix must be <u>consecutively paginated</u> and contain a Table of Contents.**

3. The Petitioner may file a reply by January 7, 2019.

　　　　　　　　　　　　　　　　ROBERT L. PHELPS, Clerk of Court
　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　Northern District of Iowa


　　　　　　　　　　　　　　　　By:　　S/Src　　　　　　　　
　　　　　　　　　　　　　　　　　　　Deputy Clerk